**UNITED STATES DISTRICT COURT**

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1840 EMBARCADERO, OAKLAND, CA,<br><br>Defendant.<br>_____/ | No. C 12-5245 MEJ<br>Related cases: 12-3566 MEJ<br>                 12-3567 MEJ<br><br>**ORDER RE: MOTION TO SHORTEN TIME** |

Pending before the Court is Plaintiff City of Oakland's "Motion to Shorten Time for Briefing and Hearing on its Motion to Stay Landlords' 'Motions for Order Prohibiting Unlawful Use of Defendant Property' in Related Cases. Dkt. No. 47. In its request, Plaintiff asks the Court to shorten the time to hear its Motion to December 13, 2012, and vacate the hearing on all other pending motions. Upon review of Plaintiff's Motion, the Court finds it appropriate to shorten time. However, the Court would prefer that all pending motions be heard at the same time rather than any further continuances of the landlords' motions. Accordingly, Plaintiff's Motion to Shorten Time is GRANTED. The Court shall hear Plaintiff's Motion to Stay on December 20, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Any opposition(s) to Plaintiff's Motion to Stay shall be filed by December 6, 2012, and any reply shall be filed by December 11.

The December 13 hearing for all other pending motions is CONTINUED to December 20, 2012 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: November 27, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge