# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1840 EMBARCADERO, OAKLAND, CA,<br><br>                Defendant.<br>_____/ | No. C 12-03566 MEJ<br>Related cases: 12-3567 MEJ<br>                 12-5245 MEJ<br><br>**NOTICE OF COURTROOM CHANGE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

     These matters are currently scheduled for a hearing on December 20, 2012 at 10:00 a.m. Please take notice that the matters shall be heard in Courtroom D (as opposed to Courtroom B, as previously noticed). Magistrate Judge Maria-Elena James will preside over the hearing.

Dated: December 17, 2012

                                              _____
                                              Rose Maher, Courtroom Deputy to
                                              Maria-Elena James,
                                              Chief United States Magistrate Judge