UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1840 EMBARCADERO, OAKLAND, CA,<br><br>                Defendant.<br>_____/ | No. C 12-3567 MEJ<br>Related cases: 12-3566 MEJ<br>                 12-5245 MEJ<br><br>**ORDER RE: MOTION TO SHORTEN TIME** |

    As there are several pending motions in these cases, the Court finds a case management conference premature at this time and hereby VACATES the January 10, 2013 Case Management Conference in each of the above-captioned matters. Defendant's Motion to Stay Obligations under Rules 16 and 26 Dkt. No. 25, as well as Defendant's Motion to Shorten Time (Dkt. No. 26), are DENIED AS MOOT.

    **IT IS SO ORDERED.**

Dated: December 18, 2012

                                                                           _____<br>
                                                                           Maria-Elena James<br>
                                                                           Chief United States Magistrate Judge